## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MELVERT NACIONAL, an individual, JOSEPHINE NACIONAL, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE ON BEHALF OF THE HOLDERS OF THE OPTEMAC ASSET-BACKED PASS THROUGH CERTIFICATES. SERIES 2006-1<br><br>Defendants. | 2:10-CV-01628-PMP-LRL<br><br>**ORDER** |

On October 1, 2010, Plaintiffs filed a Civil Complaint for Relief (Doc. #1) and an Ex Parte Petition for Injunctive Relief and Temporary Restraining Order (Doc. #4).

**IT IS ORDERED that** to the extent Plaintiffs Motion (Doc. #4 ) seeks Ex Parte Relief in the form of a Temporary Restraining Order, said Motion is **DENIED**.

DATED: October 7, 2010.

_____
PHILIP M. PRO
United States District Judge