# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MELVERT NACIONAL, an individual, JOSEPHINE NACIONAL, an individual ) ) ) | 2:10-CV-01628-PMP-LRL |
| Plaintiffs, | |
| vs. | **ORDER** |
| MIDLAND MORTGAGE, a business entity; HSBC, a business entity; WEGER MORTGAGE CORPORATION, a Business Entity, form unknown; SILVER STAR REALITY & FINANCE, a Business Entity, form unknown; CHICAGO TITLE, A Business Entity, form unknown; NDEX WEST, LLC, a Business Entity, form unknown. | |
| Defendants. | |

Before the Court for consideration is Defendants Midland Mortgage,
HSBC, and Ndex West, LLC's Motion to Quash Service of Process (Doc. #8), filed
on October 18, 2010, Plaintiffs' Response in Opposition thereto (Doc. #24) filed
November 5, 2010, and Defendants' Reply (Doc. #25) filed November 15, 2010, and
finding that Plaintiffs have failed to properly serve moving Defendants in
compliance with Rule 4(h) of the Federal Rules of Civil Procedure, and good cause
appearing,

///

///

1    **IT IS ORDERED that** Defendants Midland Mortgage, HSBC, and Ndex

2  West, LLC's Motion to Quash Service of Process (Doc. #8) is **GRANTED**.

3    **IT IS FURTHER ORDERED that** Plaintiffs' Motion for Summary

4  Judgment and Temporary Restraining Order (Doc. #20) is **DENIED**.

5

6  DATED:  November 29, 2010.

7

8  _____

PHILIP M. PRO
9  United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26