**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

MELVERT NACIONAL, an individual,  )
JOSEPHINE NACIONAL, an individual )
)   2:10-CV-01628-PMP-LRL
)
Plaintiffs,     )
)
vs.       )
)   **ORDER**
MIDLAND MORTGAGE, a business entity; )
HSBC, a business entity; WEGER )
MORTGAGE CORPORATION, a Business )
Entity, form unknown; SILVER STAR )
REALITY & FINANCE, a Business Entity, )
form unknown; CHICAGO TITLE, A Business )
Entity, form unknown; NDEX WEST, LLC, )
a Business Entity, form unknown. )
)
Defendants.     )
)
_____)

On October 21, 2010, Defendant Chicago Title Company filed a Motion to Dismiss Plaintiffs' Complaint (Doc. #16). Plaintiffs have failed to file a Response in Opposition thereto, and in accord with the Local Rules of Practice of this Court consents to the granting of Defendant's Motion to Dismiss. Moreover, review of Defendant Chicago Title Company's Motion to Dismiss shows that Chicago Title Company is entitled to the relief requested on the merits.

**IT IS THEREFORE ORDERED that** Defendant Chicago Title Company's Motion to Dismiss Plaintiffs' Complaint (Doc. #16) is GRANTED.

DATED: November 29, 2010.

_____
PHILIP M. PRO
United States District Judge